UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:08-cr-00042-ECR-VPC |
| Plaintiff/Respondent, | MINUTES OF THE COURT |
| vs. | |
| | Date: June 10, 2011 |
| SKYLER JAMES FOWLER, | |
| Defendant/Petitioner. | |

PRESENT:    EDWARD C. REED, JR.            U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN    Reporter:   NONE APPEARING

Counsel for Plaintiff(s)          NONE APPEARING

Counsel for Defendant(s)          NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    Defendant Fowler filed a Motion to File his Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody under Seal (Doc. 78 and Doc. 78-1).   The basis for Defendant's Motion to Seal is that several documents in his criminal case are under seal.  The fact that other documents in his criminal case have been filed under seal is not basis, in and of itself, to file the within 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence under seal.

    Defendant's Motion to File Under Seal (Doc. 78) is denied without prejudice.

1  The Clerk of the Court is directed to file Defendant's Motion Under 28
2  U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody as a separate entry on the docket.

LANCE S. WILSON, CLERK

By ___/s/___
      Deputy Clerk