UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:08-cr-00042-ECR-VPC |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | |
| SKYLER FOWLER, | Date: July 18, 2011 |
| Defendant. | |

PRESENT:   EDWARD C. REED, JR.   U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN   Reporter:   NONE APPEARING

Counsel for Plaintiff(s)   NONE APPEARING

Counsel for Defendant(s)   NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    Defendant filed a Motion to Seal Motion Under 28 U.S.C. § 2255 (#86) on July 15, 2011.

    IT IS ORDERED granting the Motion to Seal (#86) is GRANTED.

                                         LANCE S. WILSON, CLERK

                                         By   /s/
                                              Deputy Clerk