UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:08-cr-00042-ECR-VPC |
| Plaintiff, | |
| vs. | ORDER |
| SKYLER FOWLER, | |
| Defendant. | |

    Defendant's motion (#94) filed on October 25, 2011, seeking to dismiss his motion (#89) attacking sentence pursuant to 28 U.S.C. § 2255 and his prior motion (#82) to vacate under 28 U.S.C. § 2255, which was superceded by the motion (#89), is GRANTED. The evidentiary hearing set by our order (#93) on the motion (#89) for Friday, November 4, 2011, is VACATED.

    The Clerk of Court shall enter judgment accordingly.

    Dated this 31st day of October 2011.

                                                  EDWARD C. REED, JR.
                                                  United States District Judge