# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SKYLER JAMES FOWLER,<br><br>    Defendant. | 3:08-cr-00042-RCJ-VPC<br><br>**ORDER** |

Defendant asks the Court to correct the transcript of his January 15, 2015 supervised release revocation hearing. *See* Fed. R. App. P. 10(e).  The Court has reviewed the motion and the recording and determined that correction is appropriate.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Correct Record (ECF No. 151) is GRANTED, and the Court Recorder shall review the recording, correct the record where possible as to the 39 instances identified by Defendant, and file the corrected transcript.

IT IS SO ORDERED.

Dated this 3rd day of December, 2015.

_____
ROBERT C. JONES
United States District Judge